UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MORENO, | 1: 07 CV 01242 OWW  WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| UNITED STATES OF AMERICA, | [Doc. 6, 7] |
| Respondent. | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 10, 2008,  the Magistrate Judge filed findings and recommendations herein.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  No objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de

1  novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
2  1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations
3  to be supported by the record and by proper analysis.
4     Based on the foregoing, it is HEREBY ORDERED that:
5  1.  The findings and recommendations issued by the Magistrate Judge on
6     June 10, 2008, are adopted in full;
7  2.  Respondent's motion to dismiss is GRANTED;
8  3.  This petition for writ of habeas corpus is DISMISSED for lack of subject matter jurisdiction;
9  4.   The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

13     IT IS SO ORDERED.

14  **Dated:   August 19, 2008**                    /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE